EDWIN R. LA VIN, Appellant, and LOUIS COHEN, as Temporary Receiver of Assets of SANFORD HOTEL CORPORATION, Intervener-Appellant, *v.* RUSSELL C. LA VIN et al., Defendants, and LEBIS HOTEL MANAGEMENT CORP. et al., Respondents.

Argued June 3, 1954; decided July 14, 1954.

*Meyer Kraushaar* and *Louis Cohen* for appellants.

*George Trosk, Jesse Climenko* and *Alvin M. Stein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and VAN VOORHIS, JJ. Taking no part: FROESSEL, J.

In the Matter of the Accounting of EDGAR F. LUCKENBACH, as Trustee under the Will of LEWIS LUCKENBACH, Deceased. PHILLIP BARNETT et al., as Assignees and Trustees of LEWIS LUCKENBACH, Appellants; EDGAR F. LUCKENBACH, JR., et al., Respondents.

Argued March 4, 1954; decided July 14, 1954.